■ In the Matter of ROBERT B. LEVINE, a Suspended Attorney.—Motion granted and respondent reinstated as an attorney and counselor-at-law in the State of New York forthwith. Concur—Murphy, P. J., Sullivan, Carro, Milonas and Ross, JJ.